NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID DION FOSTER,                          )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No. 2D17-4651
                                            )
STATE OF FLORIDA,                           )
                                            )
          Appellee.                         )
                                            )
_____ )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

David Dion Foster, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.